**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Antonio Demetris PETTY, a.k.a.
Tony, Defendant–Appellant.**

**No. 09–13315
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Feb. 25, 2010.

Antonio Demetris Petty, Coleman, FL, pro se.

James C. Stuchell, U.S. Attorney's Office, Savannah, GA, for Plaintiff–Appellee.

Before EDMONDSON, BIRCH and BARKETT, Circuit Judges.

PER CURIAM:

L. Dean Best and Kathy L. Anderson, counsel for Antonio Demetris Petty in this direct criminal appeal, have filed a motion to withdraw from further representation, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsels' motion to withdraw is **GRANTED,** and Petty's conviction and sentence are **AFFIRMED.**